1
2
3
4
5
6
7
8                    United States District Court
9                    Eastern District of California
10
11
12 United States of America,
13          Plaintiff,              No.  05-328 MCE
14     vs.                          Detention Order
15 Juan Manuel Martinez-Ruiz,
16          Defendant.
17                              -oOo-

A.    Order For Detention

    After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B.    Statement Of Reasons For The Detention

    The Court orders the defendant's detention because it finds:

   __x__       By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

   _____       By clear and convincing evidence that no condition or combination of conditions will reasonably assure

the safety of any other person and the community.

C.   Findings Of Fact

The Court's findings are based on the evidence which was presented in Court and that which was contained in the Pretrial Services Report, and includes the following:

  __x__   (1) Nature and Circumstances of the offense charged.

      __x__   (a) The crime. 8 U.S.C. § 1326

      _____   (b) The offense is a crime of violence.

      _____   (c) The offense involves a narcotic.

      _____   (d) The offense involves a large amount of controlled substances.

  __x__   (2) The weight of the evidence against the defendant is high.

  __x__   (3) The history and characteristics of the defendant including:

      _____ (a) General Factors:

          _____ The defendant appears to have a mental condition which may affect whether the defendant will appear.

          _____ The defendant has no family ties in the area.

          _____ The defendant has no steady employment.

          _____ The defendant has no substantial financial resources.

          _____ The defendant is not a long time resident of the community.

          _____ The defendant does not have any significant community ties.

          _____ Past conduct of the defendant:

          _____ The defendant has a history relating to drug abuse.

              __x__         The defendant has a significant prior
                            criminal record.

              _____         The defendant has a prior record of
                            failure to appear at court proceedings.

        (b)   Whether the defendant was on probation,
              parole, or release by a court;

        At the time of the current arrest, the defendant was on:

              _____         Probation.

              _____         Parole.

              _____         Release pending trial, sentence, appeal
                            or completion of sentence.

        (c)   Other Factors

              __x__         The defendant is an illegal alien and is
                            subject to deportation.

              _____         The defendant is a legal alien and will
                            be subject to deportation if convicted.

              _____         Other:

_____   (4)   Rebuttable Presumptions

        In determining that the defendant should be detained, the
        court also relied on the following rebuttable presumption(s)
        contained in 18 U.S.C. § 3142(e), which the court finds the
        defendant has not rebutted:

              _____   (a)   (1) The crime charged is one described in
                            § 3142(f)(1)

                            _____   (A) a crime of violence; or

                            _____   (B) an offense for which the maximum
                                    penalty is life imprisonment or
                                    death; or

                            _____   (C) a controlled substance violation
                                    that has a maximum penalty of ten
                                    years or more; or

                            _____   (D) a felony and defendant

3

        previously was convicted of two or more of the offenses described in (A) through (C) above <u>and</u>

    (2) Defendant previously has been convicted of one of the crimes listed in subparagraph (1)(A)-(C), above <u>and</u>

    (3) The offense referred to in subparagraph (2) was committed while defendant was on release pending trial <u>and</u>

    (4) Not more than five years has elapsed since the date of conviction or release from imprisonment for the offense referred to in subparagraph (2).

 ____ (b) There is probable cause to believe that defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed

    ____ in the Controlled Substances Act, 21 U.S.C. §§ 801, et seq.,

    ____ the Controlled Substances Act , 21 U.S.C. §§ 951, et seq.,

    ____ the Maritime Drug Law Enforcement Act, 46 U.S.C. App. §§ 1901, et seq., or

    ____ an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b.

    ____ an offense under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

D. <u>Additional Directives</u>

  Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

  The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

     The defendant be afforded reasonable opportunity for private consultation with his counsel; and

     That, on order of a court of the United States, or request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

     Dated: August 11, 2005

                                                 /s/ Peter A. Nowinski
                                                   Peter A. Nowinski
                                                   Magistrate Judge