1  QUIN DENVIR, Bar #49374
   Federal Defender
2

3
   JEFFREY L. STANIELS, Bar #91413
4  Assistant Federal Defender
   Designated Counsel for Service
5  801 I Street, 3rd Floor
   Sacramento, California 95814
6  Telephone: (916) 498-5700

7

8
   Attorney for Defendant
9  JUAN MANUAL MARTINEZ-RUIZ

10

11

12              IN THE UNITED STATES DISTRICT COURT

13             FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15

16 UNITED STATES OF AMERICA,        )   No. CR. S 05-0328 MCE
                                    )
17              Plaintiff,          )
                                    )   STIPULATION AND ORDER
18       v.                         )   CONTINUING CASE AND EXCLUDING
                                    )   TIME
19 JUAN MANUAL MARTINEZ-RUIZ,       )
                                    )   Date:   October 4, 2005
20              Defendant.          )   Time:   8:30 a.m.
                                    )   Judge:  Hon. Morrison C. England
21 _____  )

22

23       **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney

24 Michael Beckwith, counsel for plaintiff United States of America, and Assistant Federal Defender

25 Jeffrey L. Staniels, counsel for defendant JUAN MANUAL MARTINEZ-RUIZ, as follows:

26       This matter has dropped from calendar and reset for October 11, 2005, subject to the

27 submission of a stipulation of counsel resetting the case and excluding time under the Speedy Trial

28 Act, and at the request of the parties in order to permit investigation and resolution of a possible

error in the pre-plea advisory presentence investigation report.  Resolution of that issue has impeded the ability of the government to tender an offer for resolution of the case without trial. The defense requests this continuance in order to be able to consult with Mr. Martinez on the advisability of resolving the case without trial.

**ACCORDINGLY, IT IS FURTHER STIPULATED** that the time from October 4, 2005, until October 11, 2005, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and  Local Code T-4, and that a status conference be held on October 11, 2005, at 8:30 a.m.

The court is advised that counsel have conferred on this matter and that Mr. Beckwith has authorized Mr. Staniels to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Date: October 3, 2005                    /S/ Michael Beckwith by jls per auth
                                         McGregor W. Scott
                                         United States Attorney

                                         By:   Michael Beckwith
                                         Assistant United States Attorney
                                         Counsel for Plaintiff


Date: October 3, 2005                    /S/ Jeffrey L. Staniels
                                         Jeffrey L. Staniels
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         JUAN MANUAL MARTINEZ-RUIZ

**O R D E R**

Based on the above stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

1 | Time is excluded from computation of time within which the trial of this matter
2 | must be commenced from October 4, 2005 to, and including October 11, 2005, pursuant to 18
3 | U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.  The Court shall hold a status conference in
4 | this case on October 11, 2005, at 8:30 a.m..
5 | **IT IS SO ORDERED.**
6 | By the Court,
7 |
8 | Date: October 6, 2005
9 |
10 |
11 | _____
    | MORRISON C. ENGLAND, JR
12 | UNITED STATES DISTRICT JUDGE