QUIN DENVIR, Bar #49374
Federal Defender



JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700



Attorney for Defendant
JUAN MANUAL MARTINEZ-RUIZ



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:05-cr-0328 MCE |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME |
| JUAN MANUAL MARTINEZ-RUIZ, | ) | Date:   November 8, 2005 |
| Defendant. | ) | Time:   8:30 a.m. |
| _____ | ) | Judge:  Hon. Morrison C. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael Beckwith, counsel for plaintiff United States of America, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant JUAN MANUAL MARTINEZ-RUIZ, as follows:

This matter is scheduled for change of plea on November 8, 2005. However the parties have discovered a correction that is needed in the advisory pre-plea presentence report and a consequent change that will be made to the plea agreement. A continuance of one week is

agreed to in order to effectuate these changes and to execute the new agreement.

**ACCORDINGLY, IT IS FURTHER STIPULATED** that the time from November 8, 2005, until November 15, 2005, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T-4, and that a status conference be held on November 15, 2005, at 8:30 a.m.

The court is advised that counsel have conferred on this matter and that Mr. Beckwith has authorized Mr. Staniels to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Date: November 7, 2005  /S/ Michael Beckwith by jls per auth
McGregor W. Scott
United States Attorney

By:  Michael Beckwith
Assistant United States Attorney
Counsel for Plaintiff

Date: November 7, 2005  /S/ Jeffrey L. Staniels
Jeffrey L. Staniels
Assistant Federal Defender
Attorney for Defendant
JUAN MANUAL MARTINEZ-RUIZ

**O R D E R**

Based on the above stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

Time is excluded from computation of time within which the trial of this matter must be commenced from November 8, 2005 to, and November 15, 2005, pursuant to 18 U.S.C. §

1 | 3161(h)(8)(A) & (B)(iv) and Local Code T4.  The Court shall hold a status conference in this case
2 | on October 11, 2005, at 8:30 a.m..
3 | **IT IS SO ORDERED.**
4 |
5 | Dated: November 16, 2005
6 |
7 |
8 | _____
   | MORRISON C. ENGLAND, JR
9 | UNITED STATES DISTRICT JUDGE